Copies Mailed/Faxed 1-9-19
Chambers of Vincent L. Briccetti

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MOSES SCHWARTZ,

          Plaintiff,

v.

FIRST PREMIER BANK,

          Defendant.

Case No. 7:18-cv-07994-VB

**STIPULATION OF DISMISSAL**

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-19

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant First Premier Bank, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

_____
Moses Schwartz
46 Wilshire Drive
Chestnut Ridge, NY 10977
*Pro Se Plaintiff*

Dated: 1/7/19

_____
Joseph Slaughter
BALLARD SPAHR LLP
1675 Broadway, Floor 19
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942
Email: slaughterj@ballardspahr.com
*Attorneys for Defendant First Premier Bank*

Dated: 1/7/19

SO ORDERED:

_____
Hon. Vincent L. Briccetti
United States District Judge
January 9, 2019